# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2475
_____

RICHARD A. BARRY, III,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

November 30, 2023


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard A. Barry, III, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.